# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

129373

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUTH ALDRICH, Personal Representative
of the Estate of Steven Aldrich, Deceased,
   Plaintiff-Appellee,

v

MID-MICHIGAN MEDICAL CENTER
MIDLAND,
   Defendant,

and

ROBERT GENOVESE, M.D., and
RODNEY DIEHL, M.D.,
   Defendants-Appellants.

SC: 128373
COA: 262761
Midland CC: 03-006551-NH

_____/

   On order of the Court, the application for leave to appeal the July 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk